IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**FONTE ANTHONY,**

**Defendant.**                                         **No. 07-CR-40008-DRH**

### ORDER

**HERNDON, District Judge:**

Defendant Anthony previously appeared and was sentenced in another case, 04-CR-40057-JPG, before Judge J. Phil Gilbert.  There is currently pending a revocation of supervised release in that matter.  In light of Judge Gilbert's familiarity with the Defendant, this action is **REASSIGNED** to Judge Gilbert.  All future filings should bear criminal case number 07-40008-JPG.

**IT IS SO ORDERED.**

Signed this 30th day of January, 2007.

/s/        David   RHerndon
**United States District Judge**